UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. 23mj1851-JLB |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, U.S.C. § 1324(a)(1)(A)(ii) |
| | ) | Transportation of Illegal Aliens |
| Joshua Roberto TZEC, | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about May 23, 2023, within the Southern District of California, defendant Joshua Roberto TZEC, knowing or in reckless disregard of the fact that certain alien, namely, Luis FELIPE CERDA Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Shawna M. Wilson
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 24, 2023.

HON. JILL L. BURKHARDT
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Joshua Roberto TZEC

## PROBABLE CAUSE STATEMENT

The complainant states that Luis Felipe CERDA Hernandez, is a citizen of a country other than the United States; that said alien has admitted that they are deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial by subpoena; and he is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 23, 2023, Border Patrol Agent G. Ayvar was conducting assigned duties in the Campo Border Patrol Station's area of responsibility. Agent Ayvar was driving a marked Border Patrol vehicle with fully functioning lights and sirens.

At approximately 2:30 PM, Agent Ayvar was parked on State Route 94 (SR-94) near the Potrero Cafe. Agent Ayvar was observing traffic when he observed a Toyota sedan driving east towards his location. Agent Ayvar observed two individuals in the vehicle, with the second individual sitting in the backseat. As the vehicle passed his location, the backseat passenger quickly ducked down to where Agent Ayvar could not see the individual anymore. Agent Ayvar started to follow the vehicle observed the Toyota veer out of his lane multiple times as if he was looking back at Agent Ayvar's vehicle. Agent Ayvar requested records checks on the Toyota, and it was revealed that the Toyota was registered out of Los Angeles, California with no previous travel in the area. In Agent Ayvar's experience it is common for vehicles registered out of the area with no travel history in this area to be involved with smuggling

At approximately 2:36 PM, Agent Ayvar activated his emergency lights and sirens, and conducted a vehicle stop. The vehicle pulled over on SR-94 at the entrance to the Bell Valley Truck Trail. This area is located approximately four miles east of the Tecate, California Port of Entry and approximately one mile north of the United States\Mexico International Boundary. As Agent Ayvar exited his vehicle, approached the Toyota, and observed the backseat passenger sit up. Agent Ayvar identified himself as a Border Patrol Agent and conducted an immigration inspection. The driver, later identified as a defendant, Joshua Roberto TZEC, stated that he is a United States citizen. The passenger, later identified as a defendant, Luis Felipe CERDA Hernandez, stated that he is a citizen of Mexico without any immigration documents allowing him to enter or remain in the United States legally. At approximately 2:40 PM, Agent Ayvar placed TZEC and CERDA under arrest.

During a post seizure search of the vehicle, a loaded Springfield XD .40 caliber firearm was discovered underneath the driver's seat of the vehicle.

**CONTINUATION OF COMPLAINT:**
Joshua Roberto TZEC

CERDA was read his Miranda rights and stated that he understood his rights and was willing to speak without an attorney present. During his recorded sworn statement CERDA stated that his full and correct name is Luis Felipe CERDA Hernandez. CERDA stated that he was born in Michoacan, Mexico, and has no immigration petitions pending on his behalf. CERDA stated that he used to live in the United States, and he was trying to enter the United States to reunite with his family. CERDA stated he entered the United States illegally in between Tecate and Tijuana, Mexico approximately three days ago. CERDA stated that he knew it was illegal to re-enter into the United States after being deported.